**COMMONWEALTH of Pennsylvania,
Respondent,**

v.

**Michael GLASS, Petitioner.**

Supreme Court of Pennsylvania.

March 23, 1999.

***ORDER***

PER CURIAM:

**AND NOW,** this 23 rd day of March 1999, the Petition for Allowance of Appeal is GRANTED, limited to the issue of whether anticipatory search warrants are categorically proscribed by Article One, Section Eight of the Pennsylvania Constitution.

**Elizabeth A. ALLEN, Petitioner/Cross–Respondent,**

v.

**Kenneth E. MELLINGER and Commonwealth of Pennsylvania, Department of Transportation, Respondent/Cross–Petitioner.**

Supreme Court of Pennsylvania.

March 24, 1999.

***ORDER***

PER CURIAM:

**AND NOW,** this 24 th day of March 1999, the Petitions for Allowance of Appeal are GRANTED, limited to the following issue:

Whether the Commonwealth Court erred in affirming the trial court's failure to hold respondent jointly and severally liable for delay damages on the total verdict rather than respondent's proportionate share?

The Cross Petitions for Allowance of Appeal are DENIED.

**In re J.M.**